UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                      Case No. 19-CR-151

TERRY A. JOHNSON,

      Defendant.

---

## ORDER DENYING MOTION FOR SENTENCE REDUCTION

---

On October 18, 2021, Defendant Terry A. Johnson entered pleas of guilty to one count of Conspiracy to Deliver Heroin, Cocaine, Cocaine Base, Methamphetamine, and Marijuana; one count of Felon in Possession of a Firearm; and one count of Possession with Intent to Distribute Cocaine and Cocaine Base. The Plea Agreement was entered pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and required the court, as a condition of its acceptance, to impose a total sentence of between eleven and twelve years. The court imposed a sentence of eleven years on December 9, 2021. The case is now before the court on Johnson's pro se motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Johnson seeks a reduction pursuant to Amendment 821 to the United States Sentencing Guidelines which reduced or eliminated status points for those who committed a crime while on supervision.

Johnson's motion is denied. Although he received two status points, which would have reduced his Criminal History Category, it had no real effect on his sentence. Johnson qualified as a Career Offender under § 4B1.1(a) of the Guidelines and, therefore, was a Criminal History Catetory VI. The number of Criminal History Points had no affect on his Guidelines Range. As

a result, he is not entitled to relief based upon the changes in the Guidelines. His motion is, therefore, denied.

Dated at Green Bay, Wisconsin this 26th day of February, 2025.

_____
William C. Griesbach
United States District Judge